```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 09171
   WAYNE ROSS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2781


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/31/2006 and was confirmed 11/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/31/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL    CURRENT MORTG        .00            .00              .00
HOMECOMINGS FINANCIAL    MORTGAGE ARRE   27726.77            .00          8591.98
INTERNAL REVENUE SERVICE SECURED         29176.05            .00          8931.45
INTERNAL REVENUE SERVICE UNSEC W/INTER    7995.37            .00              .00
COOK COUNTY TREASURER    PRIORITY       NOT FILED            .00              .00
ILLINOIS DEPT OF REVENUE PRIORITY         1868.85          46.10              .00
ILLINOIS DEPT OF REVENUE UNSEC W/INTER    4083.87            .00              .00
INTERNAL REVENUE SERVICE PRIORITY        29325.23         723.26              .00
INTERNAL REVENUE SERVICE UNSEC W/INTER NOT FILED             .00              .00
CAPITAL ONE              UNSEC W/INTER        .00            .00              .00
CAPITAL ONE              UNSEC W/INTER        .00            .00              .00
CRED PROTECTION ASSOCIAT UNSEC W/INTER NOT FILED             .00              .00
FIRST PREMIER BANK       UNSEC W/INTER NOT FILED             .00              .00
NICOR GAS                UNSEC W/INTER NOT FILED             .00              .00
KROPIK PAPUGA & SHAW     NOTICE ONLY   NOT FILED             .00              .00
HITCHCOCK AND ASSOCIATES PRIORITY      NOT FILED             .00              .00
DEPARTMENT OF TREASURY   NOTICE ONLY   NOT FILED             .00              .00
DEPARTMENT OF TREASURY   NOTICE ONLY   NOT FILED             .00              .00
DEPARTMENT OF TREASURY   NOTICE ONLY   NOT FILED             .00              .00
DEPARTMENT OF TREASURY   NOTICE ONLY   NOT FILED             .00              .00
THOMAS R HITCHCOCK       DEBTOR ATTY    2,038.50                         2,038.50
TOM VAUGHN               TRUSTEE                                         1,307.46
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 21,638.75

PRIORITY                                        .00
    INTEREST                                 769.36

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 09171 WAYNE ROSS
```

```
SECURED                                             17,523.43
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,038.50
TRUSTEE COMPENSATION                                 1,307.46
DEBTOR REFUND                                             .00
                              ----------------   ----------------
TOTALS                               21,638.75          21,638.75
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 04/23/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```